UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-00430-BR

| | |
|---|---|
| MONIFA A. GETHERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| WAKE COUNTY SHERIFF DONNIE ) | |
| HARRISON, JOHN DOE SURETY BOND FOR ) | |
| WAKE COUNTY SHERIFF DONNIE ) | |
| HARRISON, ) | |
| ) | |
| Defendants. ) | |

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This 23 October 2013.

_____
W. Earl Britt
Senior U.S. District Judge