UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


MONIFA A. GETHERS,                          )
            Plaintiff,                      )
                                            )    **JUDGMENT IN A CIVIL CASE**
                                            )    **CASE NO. 5:12-CV-430-F**
        v.                                  )
                                            )
WAKE COUNTY SHERIFF DONNIE                  )
HARRISON and JOHN DOE, SURETY BOND          )
for WAKE COUNTY SHERIFF DONNIE              )
HARRISON,                                   )
            Defendants.                     )


**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Sheriff Harrison's motion for summary judgment is ALLOWED in its entirety and counts one and three are hereby DISMISSED. In an order dated 3/4/2014, the court GRANTED Gethers' voluntary dismissal regarding the remaining claims in this case, counts two and four. The Clerk of Court is DIRECTED to close this case.


**This Judgment Filed and Entered on June 12, 2014, and Copies To:**

Anthony James Cuticchia, Jr. (via CM/ECF Notice of Electronic Filing)
Jennifer M. Jones (via CM/ECF Notice of Electronic Filing)
Roger A. Askew (via CM/ECF Notice of Electronic Filing)



DATE                          JULIE A. RICHARDS, CLERK
June 12, 2014                   /s/ Susan K. Edwards
                              (By) Susan K. Edwards, Deputy Clerk